**Order Withdrawn; Motion Granted and Order filed April 26, 2016**



In The

# Fourteenth Court of Appeals

_____

NO.  14-15-00818-CR
_____

**JESUS  F.  MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1399181**

## ORDER

We withdraw our order of April 12, 2016, and issue this order in its place.

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit.  Appellant has filed a motion to review the record so he may prepare a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is **GRANTED**.

Accordingly, we hereby direct the Judge of the 184th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that

the clerk of that court furnish the record to appellant on or before **May 11, 2016;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within 30 days of that date.


PER CURIAM